# United States District Court
# For The Western District of North Carolina
# Charlotte Division

FILED
CHARLOTTE, N. C.

JUN 0 5 '03

U. S. DISTRICT COURT
W. DIST. OF N. C.

Bernard Bailey, et al,

    Plaintiff(s),

vs.

Leonard Rowe, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:02CV452-MU

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2003 Order.

June 5, 2003

FRANK G. JOHNS, CLERK

BY: _____
Candace Cochran, Deputy Clerk